STATE OF IOWA      )
                    ) SS

COUNTY OF IOWA    )

## AFFIDAVIT

I, Thomas Reinwart, Affiant, being duly sworn depose and state as follows:

1.   Affiant is a Special Agent for the Federal Bureau of Investigation (FBI) and is assigned to matters occurring within the Northern District of Iowa in which the FBI has investigative authority. Affiant has been a Special Agent for over ten years and is assigned to the Omaha Division Field Office at the Cedar Rapids, Iowa Resident Agency. As part of his investigative authority, Affiant is responsible for investigating various offenses against the United States Government, which occur within the Northern District of Iowa.

2.   The information contained herein has been provided to Affiant by other Law Enforcement Officers directly involved with this investigation. The information does not contain every fact known to date, however does provide enough details showing Affiant has probable cause to believe RYAN JACK RANDLES is responsible for the armed robbery of the Keokuk County State Bank (KCSB) in Williamsburg, Iowa on Wednesday October 20, 2010. Keokuk County State Bank is a financial institution whose funds were insured through the Federal Deposit Insurance Corporation at the time of the robbery.

Background of the investigation:

3. On Wednesday October 20, 2010, at approximately 1:00PM a lone white male individual entered the KCSB located at 500 North Highland Street in Williamsburg, Iowa and robbed the bank at gunpoint. There were two employees, one male and one female, inside the bank at the time of the robbery.

4. The suspect was described as a white male with dark hair and longer side burns, wearing what appears to be a dark colored sweatshirt/jacket, sunglasses and what appears to be an "NYPD" logo baseball cap with an "NYPD" type badge patch between the "NY" and the "PD". The suspect entered the front doors of the bank, and walked directly to an office where the male employee (Victim #1) was working, ordered him out of the office at gunpoint. The suspect then walked away from this office, with Victim #1 trailing, and walked toward the teller counter area. Victim #2 was behind the teller counter area at this time. As the suspect walked toward Victim #2 he pointed the gun directly at her and handed her a plastic bag and demanded money and threatened her. The suspect turned back toward Victim #1 and ordered him to

the floor. The suspect turned back to Victim #2, obtained the plastic bag of money, ordered Victim #2 to the floor and threatened to harm the victims if they moved. The suspect exited the same doors he entered through. No further information was known about how he fled the area. Included with the monies stolen from the bank were five (5), serialized, $20.00 US currency "bait bills". The handgun was described as smaller, black in color and appeared to resemble a semi-automatic type handgun.

5. Additionally, the night before this bank robbery, Tuesday October 19, 2010, at approximately 10:00PM the Best Western Motel located in Williamsburg, Iowa and only approximately one mile from the KCSB, was robbed at gunpoint by a lone white male individual matching the same description as the suspect from this bank robbery. A photograph of the suspect from the bank robbery was later shown to a victim in the motel robbery and she positively identified the person in the photograph as the same person who robbed the motel on October 19, 2010.

6. During an area canvas subsequent to the bank robbery an individual who lives in the condominium complex directly behind the bank was contacted. This individual provided information concerning unknown persons living with one of the condominium complex residents, Dale Asleson, for the last few weeks. Contact was made with Asleson later in the evening of October 20, 2010 at his condominium. He was interviewed in the kitchen/living room area of his residence with the following information learned:

7. Asleson described that he has befriended two men recently who do not know one another nor get along. One of these men, known to Asleson as "Joey Goldman" and/or "Ryan Goldman", has taken control of Asleson's life and obtained money from Asleson. Asleson last saw "Goldman" earlier in the evening. "Goldman" appeared to be very intoxicated and took Asleson's vehicle, some books of Asleson's and most of his ("Goldman's") clothes and left the area supposedly to go to Iowa City to sell some of Asleson's books.

8. While interviewing Asleson, investigators observed what appeared to be a grey hooded jacket/sweatshirt and other clothing items lying in plain view on the living room floor area next to the door to the condominium. Asleson identified this clothing belonged to "Goldman". At this point, Asleson walked over to the jacket, picked it up. Asleson then pulled a white colored plastic bag from the coat pocket and immediately opened it in front of the investigators. Upon Asleson opening the bag, investigators observed what appeared to be a small, black plastic semi-automatic type handgun, what appeared to be pieces of an "NYPD" logo type baseball hat, cut into pieces, and pieces of what appeared to be a pair of sunglasses. Each of these items appeared to match the description of those used by the suspect in the bank robbery.

9. Asleson was shown a copy of two color photographs from the bank surveillance video of the bank robbery. Asleson positively identified the person in the photograph as the person he knows as "Goldman". During further questioning, Asleson provided the investigators with cellular telephone numbers associated with "Goldman" and also showed one of the investigators a digital image on his cellular phone of the individual he knew as "Goldman".

10. A state search warrant was then obtained for the residence. During the subsequent search of the residence, investigators located a part of a pharmacy prescription drug label for Ritalin in the name of RYAN RANDLES.

11. Subsequent investigation and records checks for RANDLES identified an Iowa driver's license photograph in the name of RYAN JACK RANDLES which matched the photographs provided by Asleson from his cellular phone for the individual he knows as "Goldman". State arrest warrants were obtained by Williamsburg Police Department through the Iowa County courts for two counts of Robbery 2nd Charges for RANDLES concerning the Best Western Motel and KCSB robberies.

12. On October 21, 2010, further investigation identified RANDLES checked into room #921 at the Sheraton Hotel located on 50th Street in West Des Moines, Iowa at approximately 9:00 pm on October 20, 2010, using the name Dale Asleson. Surveillance was initiated in the area of the hotel room. At approximately 8:20PM on October 21, 2010, RANDLES was observed exiting his hotel room. He was subsequently arrested in the lobby area of the hotel by law enforcement. At the time of his arrest, RANDLES had approximately $1400.00 in US currency in his possession in a front pants pocket. A check of the $20.00 bills located within this currency identified four of the five bait bills taken during the bank robbery of the KCSB. A state search warrant was obtained for the hotel room occupied by RANDLES. During the search of the hotel room among other things, investigators found $2,395.00 in US currency. All but $3.00 was found rubber banded within a handkerchief within a duffle bag in the room. Investigators also found identification documents in the name of Asleson within another bag in the hotel room.

13. Based upon the foregoing, your Affiant believes there is probable cause to believe RYAN JACK RANDLES is the suspect responsible for the bank robbery of the Keokuk County State Bank on October 20, 2010, a financial institution whose funds were insured through the Federal Deposit Insurance Corporation at the time of the robbery.

FURTHER AFFIANT SAYETH NOT

_____

Thomas Reinwart
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me this 21st day of December, 2010.

_____

JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT